AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 3:23-mj-19
USPS Tracking Number )
9505 5139 5542 3009 4857 12 )
Postmarked November 28, 2022 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Package, 9505 5139 5542 3009 4857 12 addressed to Deven Watt 10,000 LLC, 1014 Hopper Ave Box #202, Santa Rosa, CA 95403, with a return address of Champs Services, 3931 Salem Ave, Dayton, OH 45406.

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 Telephone  *(specify reliable electronic means)*.

Date: January 20, 2023

City and state: Dayton, OH

Caroline H. Gentry
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL PACKAGE TRACKING NUMBER 9505 5139 5542 3009 4857 12 | Case No. 3:23-mj-19 <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, **Brad M. Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for Southern District of Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my prior training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

4. On January 9, 2023, a USPS Supervisor at the Vandalia Post Office in Vandalia, Ohio contacted the U.S. Postal Inspection Service about a package they believed had an odor of marijuana coming from it. Inspectors advised the Supervisor to send the package to the Postal Inspection Service Office in the Dayton Processing and Distribution Center in Dayton, OH.

3. On January 16, 2023, the U.S. Postal Inspection Service received the package (hereinafter "the Package") at the Dayton Processing and Distribution Center in Dayton, OH. The Package is a USPS Priority Mail Medium Flat Rate box, bearing tracking number **9505 5139 5542 3009 4857 12,** mailed from Post Office 45377, postmarked January 9, 2023, with the following address information:

**Sender:** Champs Services
3931 Salem Ave
Dayton, OH 45406

**Addressee:** Deven Watt 10,000 LLC
1014 Hopper Ave Box #202
Santa Rosa, CA 95403

Through training and experience as a Postal Inspector, I know that the Northern California area has been long known to be a drug source location and recipient of drug proceeds.

4. I was able to perform a check in CLEAR for the recipient's information listed on the Package of "Deven Watt 10,000 LLC, 1014 Hopper Ave Box #202, Santa Rosa, CA 95403." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Deven Watt 10,000 LLC," associated with 1014 Hopper Ave Box #202, Santa Rosa, CA 95403.

5. I was able to perform a check in CLEAR for the sender's information listed on the Package of "Champs Services, 3931 Salem Ave, Dayton, OH 45406." According to CLEAR, there is no "Champs Services" associated with 3931 Salem Ave, Dayton, OH 45406.

6. On January 20, 2023, at the request of the U.S. Postal Inspection Service, K9 Officer Jeremy Stewart of the City of Dayton Police Department conducted a narcotics-detection canine "free air" check of the outside of the Package. An Inspector was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of K9 Officer Stewart, "Weston" alerted

positively for the presence or odor of a narcotic or other controlled substance exuding from the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) failure to provide full and accurate information for the return address, (ii) failure to provide full and accurate information for the recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds being present in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Brad M. Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 20th day of January, 2023.

Caroline H. Gentry
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **1/20/2023**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

USPS Priority Mail Express Tracking # 9505 5139 5542 3009 4857 12

| | | |
|---|---|---|
| TO: | Deven Watt 10,000 LLC | FROM: Champs Services |
| | 1014 Hopper Ave Box #202 | 3931 Salem Ave |
| | Santa Rosa, CA 95403 | Dayton, OH 45406 |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____, 28948, 1-20-23
(Signature, Badge #, and Date)

_____ 1/20/2023
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009